# MARY E. LEONARD
*ATTORNEY AT LAW*

CORTLAND SAVINGS BANK BUILDING
CORTLAND, NEW YORK 13045
PHONE 607 756-0255 ♦ FAX 607 756-0257

October 13, 2010

**FILED**

OCT 22 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Clerk
U.S. Bankruptcy Court
Northern District of NY
Room 230, 10 Broad Street
Utica, NY 13502

Re:    KEVIN JAMES & KELLI JO LOVEJOY
Case No. 09-33373

Dear Clerk:

Enclosed is check # 119 in the amount of $4.58 payable to the Court, which represents a dividend under $5.00 regarding creditors:

| Claim No. | General Unsecured Creditor | Am't Filed | Payment |
|---|---|---|---|
| # 4 | Creditors Collection Services<br>C/O Law Office of Thomas Reed, II<br>PO Box 1540, 88 W. Tioga Ave.<br>Corning, NY 14830 | $ 57.07 | $4.58 |

Very truly yours,

MARY E. LEONARD

By: Alice M. Starmer
     Trustee's Assistant

RECEIVED
OCT 22 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

enclosure

**UNITED STATES
BANKRUPTCY COURT**
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

# 61100019 — MC

October 22, 2010
11:36:02

TREA REG
09-33373

Debtor.: KEVIN JAMES LOVEJOY
Trustee: Mary Leonard, Esq.
Amount.:
Check#.:    119                $4.58 CH

Total-> $4.58

FROM: MARY LEONARD
CORTLAND SAVINGS BANK BLDG.
CORTLAND, NY 13045